# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 21, 2019

## NO.  03-18-00088-CV

**Jeffrey William Larson, Appellant**

**v.**

**Colleen Larson, Appellee**

**APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
AFFIRMED -- OPINION BY JUSTICE BAKER**

This is an appeal from the final divorce decree the trial court signed on February 17, 2016. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the decree.  Therefore, the Court affirms the trial court's final divorce decree. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.